SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik
L. Timothy Fisher
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 90067
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

   -and-

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile:   (610) 667-7056

Attorneys for Plaintiff

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN DAUGHERTY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPPENHEIMER & CO., INC.; OPPENHEIMER ASSET MANAGEMENT CO., INC.; FAHNESTOCK & CO., INC.; and DOES 1 through 10, inclusive, | Case No. C 06 7725 PJH<br><br>STIPULATION FOR DISMISSAL OF OPPENHEIMER ASSET MANAGEMENT CO., INC AND FAHNESTOCK & CO., INC |

1  All parties, by and through their attorneys of record, stipulate as follows:

2  WHEREAS, on December 18, 2006, Plaintiff Ann Daugherty ("Plaintiff") filed a Class/Collective Action Complaint for Nonpayment of Compensation (the "Complaint") against Oppenheimer & Co., Inc. ("Oppenheimer"), Oppenheimer Asset Management Co., Inc., (together with Oppenheimer, "Defendants"), Fahnestock & Co., Inc., and Does 1 through 10, inclusive, in the United States District Court for the Northern District of California;

WHEREAS, on January 30, 2007 Oppenheimer Asset Management filed an Answer to the Complaint claiming it was erroneously sued due to the fact that neither Plaintiff nor the members of the putative class she purports to represent were employed by Oppenheimer Asset Management;

WHEREAS, on March 29, 2007 a Case Management Conference was held during which counsel for Defendants represented to the Court that Plaintiff did not work for Oppenheimer Asset Management and that Oppenheimer Asset Management does not employ Securities Brokers (as that term is defined in the Complaint);

WHEREAS, counsel for Defendants also represented to counsel for Plaintiff that Fahnestock & Co. no longer exists as a corporate entity; and

WHEREAS, Fahnestock & Co. has not been served with the Complaint;

IT IS NOW HEREBY STIPULATED AND AGREED that:

1. Oppenheimer Asset Management Co., Inc. be dismissed, without prejudice, from the above-captioned matter and that all parties bear their own costs with respect to this dismissal; and

2.  Fahnestock & Co., Inc. be dismissed, without prejudice, from the above-captioned matter and that all parties bear their own costs with respect to this dismissal.

Dated: June 12, 2007

| SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP | AKIN GUMP STAUSS HAUER & FELD LLP |
|---|---|
| By: __/s/__<br>Alan R. Plutzik<br>Attorneys for Plaintiff | By: __/s/__<br>Karen J. Kubin<br>Attorneys for Defendants |

WYNNE LAW FIRM
Edward J. Wynne
100 Drakes Landing Road
Suite 275
Greenbrae, CA 94904
Telephone: 415-461-6400
Facsimile: 415-461-3900

Attorneys for Plaintiff

**Attestation Pursuant To General Order 45**

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 18th day of May, 2007 at Walnut Creek, California.

/s/ Alan R. Plutzik
Alan R. Plutzik

IT IS SO ORDERED
Judge Jeffrey S. White
for Judge Phyllis J. Hamilton
dated: 6/18/2007