**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Alan R. Plutzik
L. Timothy Fisher
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 90067
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile:   (610) 667-7056

**Attorneys for Plaintiff**

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN DAUGHERTY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>OPPENHEIMER & CO., INC., *et al.*<br>Defendants. | Case No. C 06 7725 PJH<br><br>STIPULATION FOR DISMISSAL AND ORDER |

All parties, by and through their attorneys of record, pursuant to Fed. R. Civ. P. 41(a)(1) stipulate as follows:

WHEREAS, on December 18, 2006, Plaintiff Ann Daugherty ("Plaintiff") filed a

---

816609.1

STIPULATION FOR DISMISSAL
CASE NO. C 06 7725 PJH

Class/Collective Action Complaint for Nonpayment of Compensation (the "Complaint") against Oppenheimer & Co., Inc. ("Oppenheimer"), Oppenheimer Asset Management Co., Inc., Fahnestock & Co., Inc., and Does 1 through 10, inclusive, (collectively "Defendants") in the United States District Court for the Northern District of California;

WHEREAS, on June 18, 2007, the Court, pursuant to a stipulation entered by the parties, dismissed certain defendants from the action with each side to bear its own costs;

WHEREAS, on July 5, 2007, the Court entered an order staying Plaintiff's state law claims pending resolution of *Handler v. Oppenheimer*, Los Angeles Superior Court, Case No. BC343542 ("State Court Action");

WHEREAS, Plaintiff is an absent class member of the proposed class in the State Court Action; and

WHEREAS, parties have conferred and believe that dismissal of the action is appropriate;

IT IS NOW HEREBY STIPULATED AND AGREED that:

This action is dismissed without prejudice, each side to bear its own costs.

Dated: September 12, 2007

| | |
|---|---|
| SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP | AKIN GUMP STAUSS HAUER & FELD LLP |
| By: /s/ <br> Alan R. Plutzik <br> Attorneys for Plaintiff | By: /s/ <br> Karen J. Kubin <br> Attorneys for Defendant |

WYNNE LAW FIRM
Edward J. Wynne
100 Drakes Landing Road
Suite 275
Greenbrae, CA 94904
Telephone: 415-461-6400
Facsimile: 415-461-3900

Attorney for Plaintiff

9/13/07

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
(United States District Court, Northern District of California seal)

STIPULATION FOR DISMISSAL
CASE NO. C 06 7725 PJH

816609.1